UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**KRISTI ADMIRE**                                          **CIVIL ACTION**

**VERSUS**                                                 **NO. 04-0579**

**RODNEY JACK STRAIN, ET AL.**                             **SECTION "K"**

## ORDER AND OPINION

Before the Court is the "Motion in Limine" filed on behalf of plaintiff Kristi Admire seeking to strike the answer to the second amended complaint filed on behalf of defendants Rodney J. Strain, in his official capacity as Sheriff of St. Tammany Parish, Marlin Peachey, and Scott Knight. Having reviewed the pleadings, memoranda, and relevant law, the Court, for the reasons assigned, DENIES the motion.

Plaintiff seeks to strike the defendants' answer to the second amended complaint on the basis that it was not timely filed. Defendants filed their answer to the second amended complaint after they filed their motion for summary judgment and after the parties filed the pretrial order. The answer raises no new defenses. Because plaintiff is not prejudiced by the late filing of the answer, the motion is Denied. *Henthorn v. Lashomb*, 5 F.3d 1495 (5th Cir. 1993).

New Orleans, Louisiana, this 27th day of June.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT JUDGE